**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 1, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00047-CV**

---

**IN RE MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC AND MARQUETTE TRANSPORTATION COMPANY LLC, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-80504**

---

## MEMORANDUM OPINION

On January 26, 2022, relators Marquette Transportation Company Gulf-Inland, LLC and Marquette Transportation Company LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate her

November 17, 2021 order denying relators' motion to dismiss based on a forum-selection agreement.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also lift our stay entered on March 7, 2022.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.